# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BOSE CORPORATION, | ) ) ) |
| Plaintiff, | ) ) Case No. 11-cv-10629-DJC |
| v. | ) ) ) |
| SALMAN EJAZ, | ) ) |
| Defendant. | ) ) ) |

### PLAINTIFF'S MOTION FOR ISSUANCE OF EXECUTION

Now comes Plaintiff Bose Corporation ("Bose") and hereby requests that this Court issue an Execution on the Judgment entered against Defendant on October 24, 2012.  See Exhibit A, Writ of Execution.  As it has been over fourteen (14) days since the issuance of the Judgment, immediate issuance of the Execution is proper.  See Exhibit B, Judgment.

WHEREFORE, Bose prays that the Court issue an execution in its favor and that the Court grant such other and further relief as is just.

                                                                            Respectfully submitted,

                                                                            Plaintiff,
                                                                            BOSE CORPORATION,
                                                                            by its attorney,

                                                                            */s/ Morgan T. Nickerson*
                                                                            Morgan T. Nickerson (BBO # 667290)
                                                                            morgan.nickerson@nelsonmullins.com
                                                                            Nelson Mullins Riley & Scarborough LLP
                                                                            One Post Office Sq, 30th Floor
                                                                            Boston, MA 02109
                                                                            p.     (617) 573-4700
                                                                            f.     (617) 573-4710

Dated: January 31, 2013

## CERTIFICATE OF SERVICE

    The undersigned counsel hereby certifies that a copy of the foregoing document has been served electronically upon all counsel of record registered with the Court for electronic service, and by mail upon all counsel and parties not so registered.

                                                         */s/ Morgan T. Nickerson*

Dated: January 31, 2013