# EXHIBIT B

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BOSE CORPORATION ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SALMAN EJAZ ) <br> ) <br> Defendant. ) <br> ) | Case No. 11-cv-10629-DJC |

[~~PROPOSED~~] JUDGMENT

On February 21, 2012, Plaintiff Bose Corporation ("Bose") filed its Motion for Summary Judgment. After conducting a hearing on the Motion on May 31, 2012 and considering the arguments and materials submitted by both parties in the light most favorable to Defendant Salman Ejaz ("Ejaz"), the Court on September 13 issued a written Memorandum and Order ruling that there are no genuine issues of material fact as to Bose's Breach of Contract (Count I) and Trademark Infringement (Count II) claims against Ejaz and entered summary judgment in Bose's favor and against Ejaz as to each of these two claims.

For that reason, in accordance with this Court's September 13 Memorandum and Order, it is hereby ORDERED ADJUDGED AND DECREED that Bose have judgment against Ejaz as follows:

1. For the sum of Three Hundred Fifty Thousand dollars ($350,000.00), plus interest at the rate of twelve per cent per annum from the date this action was filed pursuant to M.G.L. c. 231, §6C; and

2. For the costs of this action.

Furthermore, it is hereby ORDERED, ADJUDGED, AND DECREED that a Permanent Injunction be and is hereby entered against Salman Ejaz pursuant to Fed.R.Civ.P. 65, forever enjoining him, his officers, agents, servants, employees and attorneys and those persons in active concert or participation with him from:

a. exporting or selling any products bearing a BOSE trademark from the United States to consumers or entities located in Australia; or

b. causing, aiding, and/or abetting any other person from doing any act proscribed under (a) above.

IT IS SO ORDERED.

October 24, 2012

Denise J. Casper
United States District Judge

2